THE PEOPLE OF THE STATE OF NEW YORK, Respondent,
    *v.* THOMAS MAZURKIEWICZ, Appellant.

*Crimes — arson — judgment of conviction affirmed.*

People v. *Mazurkiewicz,* 213 App. Div. 851, affirmed.

(Submitted May 8, 1925; decided June 2, 1925.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the fourth judicial department, entered March 30, 1925, which affirmed a judgment of the Erie County Court rendered upon a verdict convicting the defendant of the crime of arson in the first degree.

*Thomas L. Newton* for appellant.

*Guy B. Moore, District Attorney* (*John J. Kane* of counsel), for respondent.

Judgment affirmed under provisions of section 542 of the Code of Criminal Procedure; no opinion.

Concur: HISCOCK, Ch. J., CARDOZO, MCLAUGHLIN, CRANE, ANDREWS and LEHMAN, JJ. Absent: POUND, J.